**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs. NO. 4:04CR00044-001 SWW

MARIA BONDOC

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion for revocation of supervised release previously granted this defendant is granted, and her supervised release is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of NINE (9) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in a non-residential substance abuse treatment program during incarceration.

There will no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that the restitution initially imposed in the amount of $499.00, and the $250.00 fine and $100 special assessment initially imposed remain due and payable, and all are reimposed. During her term of incarceration, defendant shall pay 50% per month of all funds available to her.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 27th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE